# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION
## Case No.:  1:17-cv-01909-SCJ

**BRIA MADDOX**

    **Plaintiff,**

**v.**

**CBE GROUP, INC.,**

    **Defendant.**

_____/

## DECLARATION OF THOMAS JOHN LOCKARD

On this day, November _14_, 2017, I, THOMAS JOHN LOCKARD declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1.    My legal name is THOMAS JOHN LOCKARD.

2.    I am over the age of 18 and am otherwise competent to make this Declaration.

3.    I am employed by CBE Companies, Inc. ("CBE"), as Litigation Manager. The CBE Group, Inc. ("CBE Group"), is a subsidiary of CBE.

4.    The information contained in this Declaration is based upon my personal knowledge gained through my employment with CBE, as well as my

review of relevant business records and the specific electronic information and data related to the account at issue in this litigation.[1]

5.    CBE Group is a debt collection agency.[2]

6.    Through my employment by CBE, I am intimately familiar with the software and hardware systems utilized by CBE Group to document activity taken with respect to accounts referred to CBE Group for collection by creditors.

7.    CBE Group's software system allows employees of the company to input certain information related to the account, such as a summary of any telephone conversations on an account. However, employees do not input the dates or times related to inbound or outbound calls. That information is systematically added to the account notes by the software system whenever a call is placed on an account. Moreover, once information is uploaded in the system with respect to an account, it cannot be removed, period. The reason the software is designed in this manner is to ensure the account notes accurately and reliably reflect all activities taken on an account. Attached hereto as **Exhibit 1** are copies of the computer-generated account notes related to Plaintiff's account that were generated in the regular course of CBE

---

[1] All documents reviewed in preparation of this Declaration were made in the regular course of CBE Group's business and it was the regular course of CBE Group's business to make such records within a reasonable time of the transactions or occurrences reflected in the documents.

[2] This statement should not be construed to mean that CBE Group meets the definition of "debt collector" under the FDCPA with respect to this case or that the obligation at issue in this case was a "debt" as defined by the FDCPA.

Group's business and it was in the regular course of CBE Group's business to make such records within a reasonable time of the transaction or occurrence.

8.     In December of 2016, CBE Group was referred an account belonging to Plaintiff, Bria Maddox, from Comcast Cable Corporation ("Comcast") for collection ("subject account" and/or "Plaintiff's account").

9.     Information related to the account was provided electronically by Comcast. The data was then loaded into CBE Group's system.

10.    Comcast provided only certain information to CBE Group including the contact information for Plaintiff and information related to the debt (*e.g.* the telephone number associated with the account and the amount due).

11.    At the time of referral, CBE Group was provided Plaintiff's contact information from Comcast that included the telephone number alleged to be Plaintiff's cellular telephone, 305-680-6589 ("subject telephone number"). *See,* **Exhibit 1**.

12.    The subject telephone number was the only telephone number CBE Group received from Comcast related to Plaintiff's account.

13.    All outbound telephone calls made on Plaintiff's account by CBE Group were made to the subject telephone number in an attempt to reach Plaintiff.

14.    CBE Group made a total of 120 outbound calls on the subject account which all occurred between December 22, 2016 and February 24, 2017.

Specifically, the outbound calls were made on the following approximate dates/times:

- 12/22/16: 2:02 PM, 2:38 PM, 5:23 PM
- 12/27/16: 9:09 AM, 2:34 PM
- 12/28/16: 2:02 PM, 4:46 PM
- 12/29/16: 11:54 AM, 2:40 PM, 6:03 PM
- 1/2/17: 9:34 AM, 2:42 PM
- 1/3/17: 10:04 AM, 2:03 PM
- 1/4/17: 8:37 AM, 12:32 PM, 3:41 PM
- 1/5/17: 8:53 AM, 1:11 PM, 3:48 PM, 6:06 PM
- 1/6/17: 9:31 AM, 1:06 PM, 2:46 PM, 7:56 PM
- 1/9/17: 9:57 AM, 12:28 PM, 2:10 PM, 3:43 PM
- 1/10/17: 9:38 AM, 1:17 PM, 3:41 PM, 5:27 PM
- 1/11/17: 1:01 PM
- 1/16/17: 2:19 PM, 7:48 PM
- 1/17/17: 12:24 PM, 2:13 PM, 5:19 PM
- 1/18/17: 12:49 PM, 3:52 PM
- 1/19/17: 11:52 AM, 2:21 PM, 4:07 PM, 5:57 PM
- 1/20/17: 11:49 AM, 1:51 PM, 3:28 PM, 5:39 PM
- 1/23/17: 12:55 PM, 2:39 PM, 4:14 PM
- 1/24/17: 11:57 AM, 2:17 PM, 4:17 PM
- 1/25/17: 11:46 AM, 1:22 PM, 3:26 PM, 5:09 PM
- 1/26/17: 12:30 PM, 2:08 PM, 3:45 PM
- 1/27/17: 11:46 AM, 1:41 PM, 3:22 PM, 5:01 PM
- 1/30/17: 11:48 AM, 2:39 PM
- 1/31/17: 12:01 PM, 2:43 PM, 4:32 PM
- 2/1/17: 12:57 PM, 3:45 PM, 6:44 PM
- 2/2/17: 11:44 AM, 1:43 PM, 3:17 PM, 5:12 PM, 7:30 PM
- 2/3/17: 10:00 AM, 12:33 PM, 2:21 PM, 6:38 PM
- 2/6/17: 10:23 AM, 12:48 PM, 2:52 PM, 4:27 PM, 7:13 PM
- 2/7/17: 8:39 AM, 11:49 AM, 1:43 PM, 3:35 PM, 6:15 PM
- 2/9/17: 9:18 AM, 12:52 PM, 2:27 PM, 5:30 PM
- 2/10/17: 11:09 AM, 1:31 PM, 3:14 PM
- 2/13/17: 12:52 PM, 3:07 PM, 6:14 PM
- 2/14/17: 11:54 AM, 1:50 PM, 3:27 PM, 6:03 PM
- 2/15/17: 1:14 PM, 3:42 PM, 5:39 PM

- 2/16/17: 12:14 PM, 2:15 PM, 6:03 PM
- 2/17/17: 9:50 AM, 11:45 AM, 1:48 PM, 3:29 PM, 5:04 PM
- 2/21/17: 5:46 PM
- 2/24/17: 4:18 PM

15.    CBE Group never made more than five attempts to reach Plaintiff by telephone on any one calendar day and there was more than 1.5 hours between each call.

16.    No calls were made by CBE Group for more than five consecutive days.

17.    CBE Group did not leave any message, voice message or otherwise, in its attempts to contact Plaintiff by telephone on Plaintiff's account.

18.    There were also 3 inbound calls made from the subject number to CBE Group which occurred on December 22, 2016 at 2:39PM, January 21, 2017 at 8:02AM, and February 8, 2017 at 2:23PM. The caller hung up prior to speaking with any CBE Group employee.

19.    It is CBE Group's policy to record all telephone conversations that result from incoming calls placed to or outgoing calls place from CBE Group regarding accounts referred for collection. Telephone conversations are systematically recorded by equipment integrated into CBE Group's telephone system, *i.e.* employees do not need to "turn on" the recording system for calls to be recorded.

20.    Of the 120 outbound calls CBE Group placed to 305-680-6589 and the 3 inbound calls made to CBE Group related to the subject account, the only call to

result in direct communication between CBE Group and any party was an outbound call that was place by CBE Group on January 11, 2017 and that call was recorded by CBE Group.

21. I have listened to the January 11, 2017 recording. The transcript attached hereto as "**Exhibit 2**" accurately reflects the substance of that call.

22. As the call recording demonstrates, the answering party identified herself as Plaintiff and at no point requested no further calls. *See,* **Exhibit 2.**

23. Had Plaintiff requested no further calls from CBE, CBE would have ceased its attempts to contact Plaintiff in that manner.

24. After that communication with Plaintiff on January 11, 2017, CBE Group did not attempt to contact Plaintiff again by telephone until January 16, 2017.

25. On or about March 6, 2017, CBE Group received a letter from Plaintiff dated February 28, 2017 ("Plaintiff's letter") alleging that CBE Group violated the TCPA and the FDCPA by making "at least 90 unwanted call to [Plaintiff's] cell phone number 305-680-6589… without prior express consent." *See,* **Exhibit 3.**

26. Although Plaintiff's letter indicated that Plaintiff's "cell number is not to be called, shared, or used for any purpose other than to address the matters at hand," Plaintiff also confirmed that "I can be reached directly at 305-680-6589 (cell)." *See,* **Exhibit 3.**

27.     Upon receipt of Plaintiff's letter on or about March 6, 2017, CBE Group made no further calls to Plaintiff's telephone number and ceased all further collection activities on Plaintiff's account. *See,* **Exhibit 1**.

Executed on this 14th day of November, 2017.

_____
THOMAS JOHN LOCKARD

# Debtor History Report
As of 4/28/2017

*CBE group*
*defining the future of debt collection®*

| | | |
|---|---|---|
| Debtor: ████6560 | Name: **Maddox, Bria** | Phone: Coll: 40-1,136 |
| Original Balance: $564.85 | Strategy: Inactive | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | |
| Total Paid: $0.00 | | Last 4 of TaxID: ████3491 |

Name: Maddox, Bria     With Attorney? No     Seen Since last Newbiz or NewColl? Yes

Has AS Window? No

Authorized to Call Work?: No
Authorized to Call Home?: No
Authorized to Write Work? No

**EXHIBIT**
*tabbies®*    1

Address: 1.00     AddressID: ████0641

| Address_Type | Account |
|---|---|
| Status | Inactive |
| Status_Date | 03/06/2017 |
| Verified_FG | True |
| Country | United States |
| Mail Return | No |

Address: 2.00     AddressID: ████3972

| Address_Type | Account |
|---|---|
| Status | Active |
| Status_Date | 03/06/2017 |
| Verified_FG | True |
| Country | United States |
| Mail Return | No |

Address: 3.00     AddressID: ████6109

████████
Atlanta, GA   30350

| Address_Type | Credit Attributes |
|---|---|
| Status | Inactive |
| Status_Date | 12/22/2016 |
| Verified_FG | False |
| Country | United States |
| Mail Return | No |

Address: 4.00     AddressID: ████6108

████████
Atlanta, GA   30315

| Address_Type | Credit Attributes |
|---|---|
| Status | Inactive |
| Status_Date | 12/22/2016 |
| Verified_FG | False |
| Country | United States |
| Mail Return | No |

Address: 5.00     AddressID: ████6107

████████
Atlanta, GA   30324

| Address_Type | Credit Attributes |
|---|---|
| Status | Active |
| Status_Date | 12/22/2016 |
| Verified_FG | False |
| Country | United States |
| Mail Return | No |

| Phone # | Area Code | Phone Number | Create Date | Phone Type | Status | Status Last Changed | Verified | Cell Phone | DNC | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Phone: 1.00 | 305 | 6806589 | 12/21/2016 | Account | Active | 12/21/2016 | Yes | Yes | Yes | Client 1 |
| Phone: 2.00 | 786 | 9554748 | 12/22/2016 | Scrub | Active | 12/22/2016 | No | Yes | Yes | LocateSmarter - Movali 10 |

| | | |
|---|---|---|
| ReportID: 503 | Page 1 of 13 | Run Date: 4/28/2017 |
| Creation Date: 10/11/2010 | | |

Debtor: ████6560          Name: Maddox, Bria          Phone:                    Coll: 40-1,136
   Original Balance: $564.85       Strategy: Inactive            Status: Consumer Filed Lawsuit
   Current Balance: $564.85        Step: 120
   Total Paid: $0.00                                    Last 4 of TaxID: ████3491

Email Address ID: ████8524               Address_Type          Account
                                         Status                Active
████████████████                         Status_Date           3/6/2017  11:58:56AM
                                         Verified_FG           True
                                         Authorized FG         True
                                         Authorized Date       3/6/2017  12:02:14PM
                                         Do Not Contact FG     False

Account Ancillary Line Name          Value
DebtorSequence                       3238
RestrictionMiscellaneousOne          Transfer to Tom Lockard x1095. Pending Litigation
SSNLastFour                          3491

Debt ID: ████5201   Client: 298-Comcast          Cli Ref: 7969            Alt Ref: ████3055
Legal Fees: $ 0.00        Agency Fees:              Recieved Date: 12/21/2016   Batch: 71352
Total Paid:              Fee Schedule: 5432         Client Last Charge Date: 12/21/2016
Service Type: Unknown Service Type                  Client Last Payment Date:
                                                    Date Last Paid:
                       Balance        Paid          Last Interest Date:
        Principal:     $0.00          $0.00    PIF 1 Payment?    Comments on Debt
Collection Charge:     $0.00          $0.00       Old Account?
         Interest:     $0.00          $0.00       Cancelled?No
   Misc or Penalty:    $0.00          $0.00
      Court Costs:     $0.00          $0.00
      Other Fees:      $0.00          $0.00

Debt ID: ████5201         Cli Ref: 7969                    Alt Ref: ████3055
**Last Payment Amount**                    0.00
**Client File New Business Date**          12/20/2016
**Charge Off Date**                        12/03/2016
**Disconnect Date**                        10/02/2016
**Service Address One**                    ████████████████
**Service Address Two**
**Service City State Zip**                 ATLANTA, GA 30324
**Cable Status**                           N
**Telephony Status**                       N
**High Speed Data Status**                 N
**Disconnect Reason**                      NP
**Region Code**                            Atlanta
**Area**                                   82202000
**Clients Last Charge Amount**             0.00
**Major Market Name**                      Atlanta
**Alternate Account Number**               ████████7457
**Home Security Status**                   N

| Payment Date | Client ID | Collector ID | Transaction Type | Payment Amount | Remaining Balance |
|---|---|---|---|---|---|

          Payment Comments:

| Letter Name | Letter Status | Letter Type | Activity Date | AccountAddress.ID |
|---|---|---|---|---|
| First Notice -- Reporting | Letter Sent | Primary | 12/22/2016 | ██0641 |
| Settlement Matrix Substitution Letter 3 | Letter Sent | Primary | 02/01/2017 | ██0641 |

Debtor: ███560          Name: Maddox, Bria          Phone:          Coll: 40-1,136
Original Balance: $564.85          Strategy: Inactive          Status: Consumer Filed Lawsuit
Current Balance: $564.85          Step: 120
Total Paid: $0.00          Last 4 of TaxID: ███3491

| Action Code | Result Code | History Date | User Name |
|---|---|---|---|
| Add | AddressAll | 12/21/2016  6:14:54PM | Operator, Operator |
| Add | PhoneAll | 12/21/2016  6:14:54PM | Operator, Operator |
| Add | Sequence Number | 12/21/2016  6:14:54PM | Operator, Operator |
| Add | SSN Last Four | 12/21/2016  6:14:54PM | Operator, Operator |
| Skiptrace Information | Sent to Third Party Vendor LocateSmarterScrub | 12/21/2016  6:34:17PM | Program, User |
| Bankruptcy | Not Bankrupt Not Bankrupt (Filter=NoFiledDischargedAndDismissedSys,FiledDt IS NULL) | 12/21/2016  8:50:25PM | Program, User |
| Deceased Information | Not Deceased Not Deceased, 01/01/1900 LocateSmarterScrub | 12/21/2016  9:16:12PM | Program, User |
| Credit Bureau | Credit Report Not Free CreditReportInquiry | 12/21/2016  9:44:14PM | Operator, Operator |
| Credit Bureau | Successful Action | 12/21/2016  11:20:22PM | Operator, Operator |
| Credit Bureau | Successful Action | 12/21/2016  11:20:22PM | Operator, Operator |
| Add | | 12/22/2016  12:13:12AM | Operator, Operator |
| Add | AddressAll | 12/22/2016  12:16:02AM | Operator, Operator |
| Add | AddressAll | 12/22/2016  12:16:02AM | Operator, Operator |
| Add | AddressAll | 12/22/2016  12:16:03AM | Operator, Operator |
| Change | | 12/22/2016  12:37:17AM | Operator, Operator |
| Add | | 12/22/2016  12:37:17AM | Operator, Operator |
| Change | UserUnitID 1135 | 12/22/2016  12:37:17AM | Operator, Operator |
| Change | Strategy 5813 | 12/22/2016  12:37:17AM | Operator, Operator |
| Deceased Information | Not Deceased Not Deceased, 01/01/1900 Trans Union | 12/22/2016  1:08:08AM | Operator, Operator |
| Skiptrace Information | Sent to Third Party Vendor LocateSmarter | 12/22/2016  1:24:27AM | Program, User |
| Skiptrace Information | Sent to Third Party Vendor LocateSmarter | 12/22/2016  1:24:27AM | Program, User |
| Comment | Letter not sent as an email because this account does not have a valid Account type email address. | 12/22/2016  3:56:16AM | Operator, Operator |
| Letter Sent | | 12/22/2016  3:56:16AM | Operator, Operator |
| Add | PhoneAll | 12/22/2016  7:00:30AM | Program, User |
| Add | | 12/22/2016  7:00:42AM | Program, User |
| Litigious Information | Not Litigious Not Litigious, Actions: Litigious LocateSmarterScrub | 12/22/2016  7:30:32AM | Program, User |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/22/2016  2:02:48PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Dialer Activity Phone: 3056806589 | 12/22/2016  2:02:48PM | Operator, Operator |
| Change | Account Status 80          New Account | 12/22/2016  3:15:21PM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/22/2016  5:23:38PM | Attempt, Manual |

| Debtor: ▮6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
|---|---|---|---|
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | Last 4 of TaxID: ▮3491 | |

| | | | |
|---|---|---|---|
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 12/22/2016  5:23:38PM | Operator, Operator |
| Change | Strategy<br>5849 | 12/23/2016  12:39:18AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/27/2016  9:09:46AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 12/27/2016  9:09:46AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/27/2016  2:34:57PM | Attempt, Manual |
| Telephoned Consumer | Transferred To Other User<br>Dialer Activity Phone: 3056806589 | 12/27/2016  2:34:57PM | Operator, Operator |
| Change | Strategy<br>5849 | 12/28/2016  12:41:01AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/28/2016  2:02:29PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 12/28/2016  2:02:29PM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/28/2016  4:46:55PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 12/28/2016  4:46:55PM | Operator, Operator |
| Change | Strategy<br>5849 | 12/29/2016  12:47:26AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/29/2016  11:54:06AM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 12/29/2016  11:54:06AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/29/2016  2:40:12PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 12/29/2016  2:40:12PM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 12/29/2016  6:03:06PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 12/29/2016  6:03:06PM | Operator, Operator |
| Change | Strategy<br>5849 | 12/30/2016  12:42:25AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/02/2017  9:34:18AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 01/02/2017  9:34:18AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/02/2017  2:42:45PM | Attempt, Manual |
| Telephoned Consumer | Transferred To Other User<br>Dialer Activity Phone: 3056806589 | 01/02/2017  2:42:45PM | Operator, Operator |
| Change | Strategy<br>5849 | 01/03/2017  12:27:36AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/03/2017  10:04:01AM | Attempt, Manual |

Debtor: ███6560  Name: **Maddox, Bria**  Phone:  Coll: 40-1,136
Original Balance: $564.85  Strategy: Inactive  Status: Consumer Filed Lawsuit
Current Balance: $564.85  Step: 120
Total Paid: $0.00  Last 4 of TaxID: ███3491

| | | | |
|---|---|---|---|
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 01/03/2017  10:04:01AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/03/2017  2:03:07PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 01/03/2017  2:03:07PM | Operator, Operator |
| Change | Strategy<br>5849 | 01/04/2017  12:36:19AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/04/2017  8:37:39AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 01/04/2017  8:37:39AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/04/2017  12:32:46PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 01/04/2017  12:32:46PM | Operator, Operator |
| Telephoned Consumer | Hung Up at Connect | 01/04/2017  3:41:55PM | CardarelliKrone, Brandon |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/04/2017  3:41:02PM | Attempt, Manual |
| Phone Attempt | No Message Left<br>Manual Dial Phone: 3056806589 | 01/04/2017  3:41:02PM | Attempt, Manual |
| Recorded Call | | 01/04/2017  3:41:30PM | CardarelliKrone, Brandon |
| Change | Strategy<br>5849 | 01/05/2017  12:52:08AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/05/2017  8:53:18AM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 01/05/2017  8:53:18AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/05/2017  1:11:34PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 01/05/2017  1:11:34PM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/05/2017  3:48:40PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Dialer Activity Phone: 3056806589 | 01/05/2017  3:48:40PM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/05/2017  6:06:59PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 01/05/2017  6:06:59PM | Operator, Operator |
| Change | Strategy<br>5849 | 01/06/2017  12:58:35AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/06/2017  9:31:18AM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 01/06/2017  9:31:18AM | Operator, Operator |
| Manual Dial | Manual Dial Phone: 3056806589 | 01/06/2017  1:06:18PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Dialer Activity Phone: 3056806589 | 01/06/2017  1:06:18PM | Operator, Operator |

4/28/2017                                Complete Debtor History

| Debtor: ████6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
|---|---|---|---|

Original Balance: $564.85          Strategy: Inactive                    Status: Consumer Filed Lawsuit
Current Balance: $564.85          Step: 120
Total Paid: $0.00                                                     Last 4 of TaxID: ████3491

| | | | |
|---|---|---|---|
| Manual Dial | | 01/06/2017  2:46:52PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Answer | 01/06/2017  2:46:52PM | Operator, Operator |
| | Dialer Activity Phone: 3056806589 | | |
| Manual Dial | | 01/06/2017  7:56:46PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/06/2017  7:56:46PM | Operator, Operator |
| | Dialer Activity Phone: 3056806589 | | |
| Change | Strategy | 01/07/2017  12:49:37AM | Operator, Operator |
| | 5849 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/09/2017  9:57:52AM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Answer | 01/09/2017  12:28:42PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | Transferred To Other User | 01/09/2017  2:10:21PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/09/2017  3:43:55PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Change | Strategy | 01/10/2017  12:55:25AM | Operator, Operator |
| | 5849 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/10/2017  9:38:28AM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/10/2017  1:17:02PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/10/2017  3:41:34PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/10/2017  5:27:36PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Change | Strategy | 01/11/2017  12:41:06AM | Operator, Operator |
| | 5849 | | |
| Change | VerifiedFG | 01/11/2017  1:02:36PM | Burke, Stephanie |
| | False | | |
| Change | CityCode | 01/11/2017  1:02:54PM | Burke, Stephanie |
| | 0 | | |
| Change | VerifiedFG | 01/11/2017  1:02:54PM | Burke, Stephanie |
| | False | | |
| Telephoned Consumer | Talked to Consumer | 01/11/2017  1:03:42PM | Burke, Stephanie |
| | mmdcvaqa tt bria, said she will pay comcast and hu | | |
| Phone Attempt | RPC - Unresolved | 01/11/2017  1:01:45PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Recorded Call | | 01/11/2017  1:03:42PM | Burke, Stephanie |
| | File name: U103F85T58768119@10.40.88.51.mp3 File length: 100 | | |
| Change | Strategy | 01/12/2017  12:54:28AM | Operator, Operator |
| | 5849 | | |
| Change | Strategy | 01/15/2017  12:32:58AM | Operator, Operator |
| | 2079 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/16/2017  2:19:15PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |
| Telephoned Consumer | No Message On Answering Machine | 01/16/2017  7:48:59PM | Attempt, Manual |
| | Manual Dial Phone: 3056806589 | | |

| Debtor: ▮6560 | Name: Maddox, Bria | Phone: | Coll: 40-1,136 |
|---|---|---|---|
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | Last 4 of TaxID: ▮3491 | |

| Change | Strategy 5849 | 01/17/2017 12:57:18AM | Operator, Operator |
|---|---|---|---|
| Telephoned Consumer | No Message On Answering Machine Manual Phone: 3056806589 | 01/17/2017 12:24:05PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/17/2017 2:13:53PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/17/2017 5:19:38PM | Attempt, Manual |
| Change | Strategy 5849 | 01/18/2017 12:52:54AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/18/2017 12:49:22PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/18/2017 3:52:25PM | Attempt, Manual |
| Change | Strategy 5849 | 01/19/2017 12:42:44AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/19/2017 11:52:31AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/19/2017 2:21:32PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/19/2017 4:07:43PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/19/2017 5:57:10PM | Attempt, Manual |
| Change | Strategy 5849 | 01/20/2017 12:39:17AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/20/2017 11:49:13AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/20/2017 1:51:44PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/20/2017 3:28:09PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/20/2017 5:39:20PM | Attempt, Manual |
| Change | Strategy 5849 | 01/21/2017 12:58:21AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/23/2017 12:55:07PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/23/2017 2:39:20PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/23/2017 4:14:49PM | Attempt, Manual |
| Change | Strategy 5849 | 01/24/2017 12:51:29AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/24/2017 11:57:14AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/24/2017 2:17:30PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/24/2017 4:17:52PM | Attempt, Manual |

| Debtor: ███6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
|---|---|---|---|
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | Last 4 of TaxID: ███3491 | |

| Change | Strategy 5849 | 01/25/2017 12:50:28AM | Operator, Operator |
|---|---|---|---|
| Telephoned Consumer | No Message On Answering Machine Manual Phone: 3056806589 | 01/25/2017 11:46:44AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/25/2017 1:22:17PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/25/2017 3:26:23PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/25/2017 5:09:02PM | Attempt, Manual |
| Change | Strategy 5849 | 01/26/2017 12:44:36AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/26/2017 12:30:04PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/26/2017 2:08:33PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/26/2017 3:45:51PM | Attempt, Manual |
| Change | Strategy 5849 | 01/27/2017 12:44:58AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/27/2017 11:46:17AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/27/2017 1:41:34PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/27/2017 3:22:45PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/27/2017 5:01:32PM | Attempt, Manual |
| Change | Strategy 5849 | 01/28/2017 12:49:47AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/30/2017 11:48:39AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/30/2017 2:39:01PM | Attempt, Manual |
| Change | Strategy 5849 | 01/31/2017 12:35:30AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/31/2017 12:01:45PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/31/2017 2:43:53PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine Manual Dial Phone: 3056806589 | 01/31/2017 4:32:22PM | Attempt, Manual |
| Change | Strategy 5849 | 02/01/2017 1:01:01AM | Operator, Operator |
| Comment | New Letter Offer: Old LetterID=10053, New LetterID=51 | 02/01/2017 2:45:50AM | Operator, Operator |
| Comment | Letter not sent as an email because this account does not have a valid Account type email address. | 02/01/2017 3:50:08AM | Operator, Operator |
| Letter Sent | | 02/01/2017 3:50:08AM | Operator, Operator |

| Debtor: ■■■6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
|---|---|---|---|
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | | Last 4 of TaxID: ■■■3491 |

| | | | |
|---|---|---|---|
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/01/2017  12:57:53PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/01/2017  3:45:59PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/01/2017  6:44:35PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/02/2017  1:03:09AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/02/2017  11:44:08AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/02/2017  1:43:12PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/02/2017  3:17:29PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/02/2017  5:12:07PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/02/2017  7:30:06PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/03/2017  12:39:05AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/03/2017  10:00:05AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/03/2017  12:33:14PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/03/2017  2:21:55PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/03/2017  6:38:20PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/04/2017  1:48:08AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/06/2017  10:23:36AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/06/2017  12:48:07PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/06/2017  2:52:43PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/06/2017  4:27:51PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/06/2017  7:13:59PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/07/2017  12:39:06AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/07/2017  8:39:31AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/07/2017  11:49:02AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/07/2017  1:43:21PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/07/2017  3:35:56PM | Attempt, Manual |

| Debtor: ▮6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
|---|---|---|---|
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | Last 4 of TaxID: ▮3491 | |

| | | | |
|---|---|---|---|
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/07/2017  6:15:04PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/08/2017  1:04:23AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/08/2017  2:02:37PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/09/2017 12:59:13AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/09/2017  9:18:59AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/09/2017 12:52:55PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/09/2017  2:27:56PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/09/2017  5:30:46PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/10/2017 12:43:42AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/10/2017 11:09:20AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/10/2017  1:31:10PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/10/2017  3:14:56PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/11/2017 12:42:58AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/13/2017 12:52:22PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/13/2017  3:07:00PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/13/2017  6:14:13PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/14/2017 12:42:15AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/14/2017 11:54:12AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/14/2017  1:50:15PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/14/2017  3:27:28PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Manual Dial Phone: 3056806589 | 02/14/2017  6:03:42PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/15/2017 12:50:38AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/15/2017  1:14:32PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Manual Dial Phone: 3056806589 | 02/15/2017  3:42:20PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/15/2017  5:39:26PM | Attempt, Manual |

| Debtor: ███6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
|---|---|---|---|
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | Last 4 of TaxID: ███3491 | |

| | | | |
|---|---|---|---|
| Change | Strategy<br>5849 | 02/16/2017 12:54:59AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/16/2017 12:14:17PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/16/2017 2:15:19PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Manual Dial Phone: 3056806589 | 02/16/2017 6:03:44PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/17/2017 12:53:15AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/17/2017 9:50:01AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/17/2017 11:45:22AM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/17/2017 1:48:25PM | Attempt, Manual |
| Telephoned Consumer | No Answer<br>Manual Dial Phone: 3056806589 | 02/17/2017 3:29:23PM | Attempt, Manual |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/17/2017 5:04:50PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/18/2017 1:13:37AM | Operator, Operator |
| Change | | 02/19/2017 7:30:16AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/21/2017 5:46:22PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/22/2017 12:58:30AM | Operator, Operator |
| Telephoned Consumer | No Message On Answering Machine<br>Manual Dial Phone: 3056806589 | 02/24/2017 4:18:50PM | Attempt, Manual |
| Change | Strategy<br>5849 | 02/25/2017 1:06:07AM | Operator, Operator |
| Comment | Account manually removed from the dialer. 3/3/2017 | 03/03/2017 2:09:17PM | Berky, Kayla |
| Change | OnDialerFG<br>True | 03/03/2017 2:09:17PM | Berky, Kayla |
| Change | OnDialerFG<br>True | 03/03/2017 2:09:17PM | Berky, Kayla |
| Change | | 03/03/2017 2:09:26PM | Berky, Kayla |
| Change | | 03/03/2017 2:09:26PM | Berky, Kayla |
| Change | Account Status<br>3      Actively Working Account | 03/03/2017 2:09:26PM | Berky, Kayla |
| Change | Strategy<br>5849 | 03/03/2017 2:09:26PM | Berky, Kayla |
| Change | Strategy<br>289 | 03/04/2017 12:58:53AM | Operator, Operator |
| Change | | 03/05/2017 7:31:04AM | Operator, Operator |
| Seen | | 03/06/2017 11:13:46AM | Chan, Stephanie |
| Change | StatusID<br>1 | 03/06/2017 11:57:38AM | Chan, Stephanie |

| | | | |
|---|---|---|---|
| Debtor: ███6560 | Name: **Maddox, Bria** | Phone: | Coll: 40-1,136 |
| Original Balance: $564.85 | Strategy: Inactive | | Status: Consumer Filed Lawsuit |
| Current Balance: $564.85 | Step: 120 | | |
| Total Paid: $0.00 | | Last 4 of TaxID: ███3491 | |

| | | | |
|---|---|---|---|
| Add | AddressAll | 03/06/2017 11:57:39AM | Chan, Stephanie |
| Change | | 03/06/2017 11:58:06AM | Chan, Stephanie |
| Comment | | 03/06/2017 11:58:20AM | Chan, Stephanie |
| | Requested account to be removed from dialer | | |
| Add | EmailAll | 03/06/2017 11:58:56AM | Chan, Stephanie |
| Received Letter | Regular Mail | 03/06/2017 11:59:17AM | Chan, Stephanie |
| | {Billing Errors} Certified mail from consumer states that she is disputing bal under FDCPA. Doesn't wnt to receive calls at 3056806589. Willing to settle these matter within 20days from receipt of this letter. We can still reach at her cell but only regding this acct. But she prefers to be contcted thru email at ███████████. Enclosed are the call logs from CBE to consumer. | | |
| Change | AuthorizedFG<br>False | 03/06/2017 12:02:14PM | Chan, Stephanie |
| Add | | 03/06/2017 12:02:30PM | Chan, Stephanie |
| Change | DoNotContactFG<br>False | 03/06/2017 12:02:47PM | Chan, Stephanie |
| Change | DoNotContactFG<br>False | 03/06/2017 12:02:53PM | Chan, Stephanie |
| Comment | | 03/06/2017 12:03:17PM | Chan, Stephanie |
| | Requested numbers be added to Permanent DNC | | |
| Change | Account Status<br>307      Correspondence Received | 03/06/2017 12:03:35PM | Chan, Stephanie |
| Clerical Reminder | Sent to Custom Worklist | 03/06/2017 12:29:01PM | Chan, Stephanie |
| | disputing the bal under FDCPA willing to settle acct. | | |
| Change | | 03/07/2017 7:51:22AM | Operator, Operator |
| Seen | | 03/07/2017 1:14:03PM | Chan, Stephanie |
| Seen | | 03/15/2017 8:48:24AM | Marigondon, Marvin |
| Seen | | 03/15/2017 9:35:33AM | Marigondon, Marvin |
| Seen | | 03/21/2017 12:38:47PM | Chan, Stephanie |
| Seen | | 03/21/2017 1:38:49PM | Berky, Kayla |
| Received Letter | Regular Mail | 03/22/2017 1:51:39PM | Chan, Stephanie |
| | {Billing Errors} Certified mail from consumer states that she is disputing bal under FDCPA. we are violating the TCPA because we called her phone # 90x. Doesn't wnt to receive calls at 3056806589. Willing to settle these matter within 20days from receipt of this letter. We can still reach at her cell but only regding this acct. But she prefers to be contcted thru email at ███████████. Enclosed are the call logs from CBE to consumer. | | |
| Seen | | 03/27/2017 1:54:19PM | Berky, Kayla |
| Seen | | 03/28/2017 2:48:52PM | Marigondon, Marvin |
| Change | Source<br>500 | 03/29/2017 8:23:10AM | Marigondon, Marvin |
| Received Letter | Regular Mail | 03/29/2017 8:24:26AM | Marigondon, Marvin |
| | Letter stating a notice of pending lawsuit for violating the FDCPA and the TCPA was sent to CBE Group on February 28, 2017 via certified mail prior to filing suit. | | |
| Comment | | 03/29/2017 8:27:35AM | Marigondon, Marvin |
| | Please disregard previous comment. | | |
| Received Letter | Regular Mail | 03/29/2017 8:28:07AM | Marigondon, Marvin |
| | Certified letter- stating a notice of pending lawsuit for violating the FDCPA and the TCPA was sent to CBE Group on February 28, 2017 via certified mail prior to filing suit. | | |
| Change | Strategy<br>3508 | 04/03/2017 12:28:58AM | Operator, Operator |

Debtor: ▆▆6560　　　　Name: **Maddox, Bria**　　　　Phone:　　　　　　Coll: 40-1,136
Original Balance: $564.85　　　Strategy: Inactive　　　　　Status: Consumer Filed Lawsuit
Current Balance: $564.85　　　Step: 120
Total Paid: $0.00　　　　　　　　　　　　　　　　Last 4 of TaxID: ▆▆3491

| Seen | | 04/04/2017 10:52:45AM | Chan, Stephanie |
|---|---|---|---|
| Sent Letter | Email | 04/04/2017 10:54:49AM | McCullough, Nicole |
| | to client- Please send response on the above disputed account by, 04/06/17, | | |
| Received Letter | Email | 04/06/2017 10:38:21AM | McCullough, Nicole |
| | from client- After review, this dispute is invalid. | | |
| Comment | | 04/06/2017 10:43:28AM | McCullough, Nicole |
| | pulled consumers statements | | |
| Comment | | 04/06/2017 10:43:48AM | McCullough, Nicole |
| | Invalid Dispute | | |
| Sent Letter | Regular Mail | 04/06/2017 10:43:48AM | McCullough, Nicole |
| | Letter/ledger sent to consumer | | |
| Change | Strategy | 04/06/2017 10:43:48AM | McCullough, Nicole |
| | 3509 | | |
| Change | | 04/06/2017 10:43:48AM | McCullough, Nicole |
| Change | Account Status | 04/06/2017 10:43:48AM | McCullough, Nicole |
| | 312　　　　Disputed Balance | | |
| Change | | 04/06/2017 10:43:48AM | McCullough, Nicole |
| Add | Activity | 04/06/2017 10:43:48AM | McCullough, Nicole |
| Change | | 04/06/2017 10:44:00AM | McCullough, Nicole |
| Change | Account Status | 04/06/2017 10:44:00AM | McCullough, Nicole |
| | 3　　　　Actively Working Account | | |
| Change | Strategy | 04/06/2017 10:44:00AM | McCullough, Nicole |
| | 237 | | |
| Change | Strategy | 04/07/2017 12:33:39AM | Operator, Operator |
| | 289 | | |
| Comment | | 04/13/2017 12:00:48AM | Operator, Operator |
| | () ID/DI: Cust dispute is invalid - continue collection efforts | | |
| Comment | | 04/13/2017 12:00:48AM | Operator, Operator |
| | () +++++/+++++: Status Changed HLD ACT | | |
| Change | | 04/27/2017 4:16:54PM | Lockard, Tom |
| Change | Account Status | 04/27/2017 4:16:54PM | Lockard, Tom |
| | 300　　　　Do Not Call | | |
| Add | Restriction Miscellaneous One | 04/27/2017 4:17:58PM | Lockard, Tom |
| Received Letter | Email | 04/27/2017 4:31:48PM | Lockard, Tom |
| | Email Notification of Suit Served on CSC Process Server | | |
| Seen | | 04/27/2017 4:40:18PM | Buck, Sarah |

MADDOX,

vs.

CBE GROUP,

_____/

EXHIBIT
**2**
tabbies'

JANUARY 11, 2017 CALL RECORDING

TRANSCRIBED BY:      Denise Smith Byer, RPR, FPR
                     Notary Public, State of
                     Florida

                     Pages 1 - 5

```
 1                    P R O C E E D I N G S
 2          MS. MADDOX:  Hello.
 3          MS. BERK:  Hello, my name is Stephanie Berk.
 4   This call is going to be monitored or recorded for
 5   quality assurance purposes.
 6          Is Bria Maddox available?
 7          MS. MADDOX:  Yes.  May I ask who's calling?
 8          MS. BERK:  My name is Stephanie Berk.  Are you
 9   Bria?
10          MS. MADDOX:  Yes.
11          MS. BERK:  Okay.  Are you at ████████████
12   ███████████████████████  at Atlanta, Georgia,
13   30324?
14          MS. MADDOX:  Yes.  May I ask who's calling?
15   Like what --
16          MS. BERK:  Okay.
17          MS. MADDOX:  -- company you're calling from?
18          MS. BERK:  Yes.  I'm calling from the CBE Group
19   regarding your Comcast account.
20          MS. MADDOX:  E group --
21          MS. BERK:  This is an attempt --
22          MS. MADDOX:  Comcast account.  Okay.  Comcast.
23   Uh-huh.
24          MS. BERK:  Yep.  This is an attempt to collect
25   a debt by a debt collector.  Any information
```

1   obtained will be used for that purpose.

2        You have a final balance here of $564.85.  Just

3   seeing how you want to resolve this; with check,

4   credit or debit card?

5        MS. MADDOX:  Oh, yeah.  No.  I don't want to

6   pay for it right now.  I'm actually probably going

7   to open my account again.

8        MS. BERK:  Okay.  That's fine.  But you still

9   have to pay the 564.85 to be able to open the

10  account.

11       MS. MADDOX:  Okay.  Yeah.  I already spoke to

12  Comcast.  Thank you.

13       What -- what's your phone number?

14       MS. BERK:  Our phone number here is 888 --

15       MS. MADDOX:  Uh-huh.

16       MS. BERK:  -- 269 --

17       MS. MADDOX:  Uh-huh.

18       MS. BERK:  -- 8850.

19       MS. MADDOX:  Okay.

20       MS. BERK:  But regardless if you --

21       MS. MADDOX:  And that's a CBE Group?

22       MS. BERK:  Uh-huh.  Okay.

23       MS. BERK:  Regardless if you spoke with the

24  Comcast, ma'am, they put you in collection 21 days

25  ago, so you're going to need to resolve that here in

4

1        our office.

2            MS. MADDOX:  Okay.  269 -- all right.  Thank

3        you.

4            Do you have an e-mail address I can reach you

5        at?

6            MS. BERK:  No, ma'am.  Have a good day.

7        Good-bye.

8            MS. MADDOX:  All right.

9                    (End of transcription.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

CERTIFICATE OF REPORTER

STATE OF FLORIDA)

COUNTY OF HILLSBOROUGH)

     I, DENISE SMITH BYER, RPR, FPR, Notary Public, do

hereby certify that I was authorized to and did

transcribe from audio the foregoing proceedings, and

that the transcript is a true and complete record of

such transcription; that a review of the transcript was

not requested; and that the transcript is a true and

complete record of my stenographic notes.

          I further certify that I am not a relative,

employee, attorney, or counsel of any of the parties,

nor am I a relative or employee of any of the parties;

attorneys or counsel connected with the action, nor am I

financially interested in the action.

          DATED July 24, 2017 at Tampa, Hillsborough

County, Florida.

_____

DENISE SMITH BYER, RPR, FPR

Notary Public

UNITED STATES POSTAL SERVICE

1000

50613

U.S. POSTAGE
PAID
ATLANTA, GA
30345
FEB 28, 17
AMOUNT
**$3.84**
R2304H108659-12

EXHIBIT

**3**

CERTIFIED MAIL

7014 2120 0003 0943 8155

RECEIVED

CBE Group Inc.
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

50613-697609

Bria Maddox
Atlanta, GA 30324

Certified mail #7014 2120 0003 0483 8155

Bria Maddox

████████████████████

C B E Group Inc.
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

February 28, 2017

## Letter of Intent to Litigate

To whom it may concern,

This letter is being sent prior to filing suit. This is an opportunity to amicably cure C B E Group's violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) and the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1)(A)(iii). I have documented at least 90 unwanted calls to my cell phone number 305-680-6589, see exhibit "A" and "B", which originated from C B E Group's office without prior express consent.

I am willing to settle these matters amicably without having to file suit and am giving you twenty (20) days from receipt of this letter to take the opportunity to do so. If you choose not to settle the matters at hand, then I will have no choice but to file suit and seek remedy in a court of law.

I can be reached directly at 305-680-6589 (cell) or preferably via email at ████████████ so we can have proper record keeping. This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_Bria Maddox_
Bria Maddox

Certified mail #7014 2120 0003 0483 8155

Exhibit "A"



Certified mail #7014 2120 0003 0483 8155

Exhibit "A"



Certified mail #7014 2120 0003 0483 8155

Exhibit "B"

| Calls from: (754) 209-0279 to:        (305) 680-6589 | | Calls from: (239) 800- 0467 to: (305) 680-6589 | |
|---|---|---|---|
| **Date:** | **Time:** | **Date:** | **Time:** |
| 01/06/17 | 2:06 PM | 02/08/17 | 3:03 PM |
|  | 8:57 PM |  |  |
|  |  | 02/09/17 | 10:19 AM |
| 01/09/17 | 10:57 AM |  | 1:53 PM |
|  | 4:44 PM |  | 3:28 PM |
|  |  |  | 6:30 PM |
| 01/10/17 | 10:38 AM |  |  |
|  | 6:28 PM | 02/10/17 | 12:09 PM |
|  | 4:42 PM |  | 2:31 PM |
|  | 2:17 PM |  | 4:15 PM |
|  |  |  |  |
| 01/16/17 | 3:19 PM | 02/13/17 | 1:52 PM |
|  | 8:49 PM |  | 4:07 PM |
|  |  |  | 7:14 PM |
| 01/17/17 | 3:14 PM |  |  |
|  | 1:24 PM | 02/14/17 | 12:54 PM |
|  | 6:19 PM |  | 4:27 PM |
|  |  |  | 2:50 PM |
| 01/18/17 | 4:52 PM |  | 7:03 PM |
|  | 1:49 PM |  |  |
|  |  | 02/15/17 | 2:15 PM |
| 01/19/17 | 5:08 PM |  | 4:42 PM |
|  | 6:57 PM |  | 6:39 PM |
|  |  |  |  |
| 01/20/17 | 12:49 PM | 02/16/17 | 1:14 PM |
|  | 4:2ɔ PM |  | ɜ:15 PM |
|  | 2:52 PM |  |  |
|  |  |  |  |
| 01/26/17 | 1:30 PM |  |  |
|  | 4:46 PM |  |  |
|  | 3:09 PM |  |  |
|  |  |  |  |
| 01/27/17 | 12:46 PM |  |  |
|  | 2:42 PM |  |  |