IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
Case No.:  1:17-cv-01909-SCJ

**BRIA MADDOX**

    Plaintiff,

v.

**CBE GROUP, INC.,**

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

COMES NOW, Defendant, CBE GROUP, INC., by and through its undersigned counsel, hereby gives notice that Plaintiff BRIA MADDOX and Defendant CBE GROUP, INC. (hereinafter "The Parties") have reached an agreement for settlement and are in the process of finalizing settlement documents.

The Parties respectfully request 30 days to finalize the settlement documents and file proper pleadings to close this matter.

Date:  June 22, 2018

                        Respectfully submitted by:

                          /s/ Joseph C. Proulx
                        JOSEPH C. PROULX, ESQ.
                        Florida Bar No.: 0056830
                        GOLDEN SCAZ GAGAIN, PLLC
                        201 North Armenia Avenue
                        Tampa, Florida 33609-2303
                        P: (813) 251-5500
                        F: (813) 251-3675

jproulx@gsgfirm.com
Counsel for Defendant

Local counsel:

 /s/ Louis Fiorilla
Louis Fiorilla
Georgia Bar No. 910188
R. Frank Springfield
Georgia Bar No. 316045
Rachel R. Friedman
Georgia Bar No. 456493
BURR & FORMAN LLP
Suite 1100
171 17th Street NW
Atlanta, GA 30363
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
lfiorilla@burr.com
fspringf@burr.com
rfriedman@burr.com

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing motion has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

 /s/ Louis Fiorilla
Louis Fiorilla
Georgia Bar No. 910188

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served via U.S. first class mail on this the 22nd day of June, 2018 to the following:

Bria Maddox
1925 Monroe Drive NE #1705
Atlanta, GA 30324

                                               /s/ Louis Fiorilla
                                              Louis Fiorilla
                                              Georgia Bar No. 910188